UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 11-196-HRW

MICHAEL THURMAN BALL,                                                   PETITIONER,

v.                                              **ORDER**

WARDEN STEVE J. HANEY,                                                RESPONDENT.

This matter is before the Court upon Michael Thurman Ball's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The matter was submitted to United States Magistrate Robert E. Weir for Report and Recommendation.

Magistrate Judge Weir recommends that the Petition for Writ of Habeas Corpus be denied and that the Court not issue a Certificate of Appealability [Docket No. 9].

Petitioner has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.      Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [Docket No.

9] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) No Certificate of Appealability will be issued; and

(3) that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

This 23rd day of July, 2013.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge